CATHERINE CORTEZ MASTO
Attorney General
MERCEDES S. MENENDEZ
Deputy Attorney General
Nevada Bar No. 9443
Bureau of Litigation
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Tel: 702-486-3420
Fax: 702-486-3773
E-mail: mmenendez@ag.nv.gov
*Attorneys for Defendants*
*Baca, Cox, and Kim*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT LEON WILLIAMS, #1062593, | Case No. 2:12-cv-01900-GMN-VCF |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |
| SGT. KIM, JAMES COX, MR. WOLFBRANDT, et al., | |
| Defendants. | |

COME NOW Defendants, ISIDRO BACA, JAMES G. COX, and FRANCIS KIM, by and through their counsel, Catherine Cortez Masto, Nevada Attorney General, and Mercedes S. Menendez, Deputy Attorney General, of the State of Nevada Office of the Attorney General, and hereby respectfully request that former Deputy Attorney General, Robert J. Simon, be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of his departure from the Nevada Office of the Attorney General. It is no longer necessary that Robert J. Simon receive CM/ECF notice of ongoing proceedings in this action.

. . .

1  Accordingly, the undersigned requests that Robert J. Simon be removed from the
2  CM/ECF Service list in this matter, USDC Case No. 2:12-cv-01900-GMN-VCF.
3  Dated: March 25, 2013.

                    CATHERINE CORTEZ MASTO
                    Attorney General

                    By: /s/ Mercedes S. Menendez
                        MERCEDES S. MENENDEZ
                        Deputy Attorney General
                        Nevada State Bar No. 9443
                        Bureau of Litigation
                        *Attorneys for Defendants*
                        *Baca, Cox, and Kim*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-25-2013

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 25th day of March, 2013, I served the foregoing, **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS**, by causing a true and correct copy thereof to be filed with the Clerk of the Court, using the electronic filing system, and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Albert Leon Williams, #1065484
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada  89070
*Plaintiff, Pro Se*

/s/   Kimie S. Beverly
KIMIE S. BEVERLY
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL