# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALBERT LEON WILLIAMS,   )
                        )
        Plaintiff,      )   Case No.: 2:12-cv-01900-GMN-VCF
    vs.                 )
                        )   **ORDER**
SGT. KIM, *et al.*,     )
                        )
        Defendants.     )
_____)

On April 12, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by May 13, 2013, warning that failure to do so may result in the dismissal of Defendants Baca and Cox. (Order, ECF No. 12.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Baca and Cox are **DISMISSED** from this action.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge